IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-5025-01-CR-SW-SRB |
| | ) | |
| AARON LONGNECKER, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

Now pending before the Court is Defendant's Motion to Dismiss the Indictment for Violation of Due Process (Doc. #21) and a Motion to Dismiss the Indictment for Entrapment as a Matter of Law (Doc. #22). Defendant argues that the indictment charging him with travel with intent to engage in illicit sexual conduct, in violation of 18 U.S.C. § 2423(b) and (e), on the grounds that his due process rights were violated by the government's outrageous conduct, and that he was entrapped as a matter of law because he was induced to commit an offense he was not otherwise predisposed to commit. In lieu of a hearing, the parties stipulated to the relevant facts in the matter (Doc. #30).

On January 21, 2015, Judge David P. Rush (Doc. #31) issued his Report and Recommendation (Doc. #31). On February 2, 2015, Defendant filed his Exceptions to the Report and Recommendation (Doc. #32).

Upon careful and independent review of the pending motion, defendant's exceptions to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge David P. Rush.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss the Indictment for Violation of Due Process (Doc. #21) and a Motion to Dismiss the Indictment for Entrapment as a Matter of Law (Doc. #22) is OVERRULED and DENIED.

**SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

DATE: February 19, 2015